FILE COPY

11TH COURT OF APPEALS

EASTLAND, TEXAS

J U D G M E N T

In re Donny Lee Bretz,                               * Original Proceeding

No. 11-13-00267-CV                                   * September 19, 2013

                                                     * (Panel consists of: Wright, C.J.,
                                                        McCall, J., and Willson, J.)


        This court has considered relator's petition for writ of mandamus and concludes that the petition should be denied.  Therefore, the petition for writ of mandamus is denied.